**Ralls & Reidy, P.C.**
*314 South Sixth Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
*e-mail: steve@rallslawoffice.com*

Attorneys for Defendant Figueroa
By:  Stephen G. Ralls, Arizona Bar #007772

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | )   CR-13-2034-TUC-JGZ(BGM) |
| Plaintiff, | ) |
| | )   MOTION TO CONTINUE |
| v. | )   TRIAL AND PLEA DEADLINE |
| | )   AND ANY OTHER DEADLINES |
| Christopher Edward Figueroa, | ) |
| | ) |
| Defendant. | )   **Sixth Request** |
| | ) |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant Christopher Edward Figueroa, through undersigned counsel, requests that this Court continue all matters currently pending for a period of sixty (60) days.  The discovery/disclosure/notice/request deadline is currently set for March 10, 2020; pretrial motions currently set for March 10, 2020; plea deadline is currently set for March 13, 2020; and trial is scheduled to begin on March 31, 2020, at 9:30 a.m.   This request for a continuance is made for the following reasons:

(1)     Additional time is required for the defense to adequately investigate this

case and prepare for trial, if trial is needed.  In addition to this case, Mr. Figueroa is currently charged in 2 additional cases which have been consolidated with this Court. Two of the indictments, if they were to be tried, would require several days, if not weeks, of trial- thus saving all parties the unnecessary expenditure of several trials. The parties also believe that they have reached an agreement to dispose of all three indictments and the extra time requested here will allow for the time necessary to review the terms of the agreement. The parties also request that no scheduling order be issued at this time.  If the matters look like they will not resolve via a plea then the parties will ask the Court to set a status conference at that time wherein the Court can issue a scheduling order in preparation for a trial.  Within the next 10 days the court will be notified either by the setting of the Change of Plea or by request for a Status Conference.

(2)     Assistant United States Attorney Heather Sechrist has been contacted regarding this motion, expressed no objection and agrees with the requests herein.

(3)     Undersigned counsel avers that this request has not been made for purposes of harassment or delay.

RESPECTFULLY SUBMITTED this 11th day of March, 2020.

 s/Stephen G. Ralls
STEPHEN G. RALLS
Attorney for Defendant Figueroa

Certificate of Service

I hereby certify that on March 11, 2020 I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

heather.sechrist@usdoj.gov

Client
By:__RL_____
5680\Motion to Continue 3-11-20